■ BAPTIST RETIREMENT CENTER CORPORATION, Appellant, v HIGHLAND RETIREMENT CENTER et al., Respondents.—Appeal from an order of the Supreme Court at Special Term, entered October 14, 1977 in Albany County, which granted defendant's motion for cancellation of a *lis pendens* previously filed by the plaintiff. Defendant's motion to dismiss the instant appeal is denied, without costs. Order affirmed, with costs. No opinion. Mahoney, P. J., Greenblott, Main, Mikoll and Herlihy, JJ., concur.

■ SARATOGA HOSPITAL, Respondent, v GERALDINE HAYES, Defendant, and ROBERT HAYES, Appellant.—Appeal from an order of the County Court of Saratoga County, entered September 26, 1977, which denied defendant's motion to reopen a default judgment. Order affirmed, without costs, on the opinion of Brown, J., at Special Term. Mahoney, P. J., Greenblott, Main, Mikoll and Herlihy, JJ., concur.